UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sedrick Demetrius Williams**  Docket No. 4:17-CR-51-1H

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sedrick Demetrius Williams, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable William L. Osteen, Jr., Chief United States District Judge, on March 12, 2014, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Sedrick Demetrius Williams was released from custody on February 5, 2016, at which time the term of supervised release commenced.

On August 28, 2017, a Violation Report was submitted to the Middle District of North Carolina advising that the defendant tested positive for marijuana use and cocaine use on August 21, 2017. The defendant was enrolled in substance abuse treatment and was allowed to remain on supervision.

On October 17, 2017, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina.

On October 30, 2017, a Violation Report was submitted advising that the defendant received a citation for Driving While License Revoked Not Impaired Revocation and Failure to Maintain Lane (17CR704918) in Edgecombe County, North Carolina. The case remains unadjudicated, and the court agreed to continue supervision pending a disposition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 21, 2017, the defendant tested positive for cocaine use, and the results were confirmed positive by Alere Laboratory on October 28, 2017. The defendant was confronted with the results of the test on November 8, 2017, and he admitted to using cocaine on October 25, 2017. He also admitted to using cocaine on November 5, 2017, and he signed an admission of drug use report. The defendant received a verbal reprimand and was counseled for his actions. In response to his drug use, the defendant will remain in substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina, and will undergo increased drug testing as a condition of the Surprise Urinalysis Program. As a sanction, we are recommending the defendant be required to participate in the DROPS Program, beginning at the second use level, and be placed on location monitoring for 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Sedrick Demetrius Williams
Docket No. 4:17-CR-51-1H
Petition For Action
Page 2

2. The defendant shall abide by all conditions and terms of the home confinement program not to exceed 30 consecutive days. The defendant shall submit to the Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: November 21, 2017

**ORDER OF THE COURT**

Considered and ordered this 22nd day of Nov, 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior United States District Judge