UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sedrick Demetrius Williams**   Docket No. 4:17-CR-51-1H

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sedrick Demetrius Williams, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable William L. Osteen, Jr., Chief United States District Judge, on March 12, 2014, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Sedrick Demetrius Williams was released from custody on February 5, 2016, at which time the term of supervised release commenced.

On August 28, 2017, a Violation Report was submitted to the Middle District of North Carolina advising that the defendant tested positive for marijuana use and cocaine use on August 21, 2017. The defendant was enrolled in substance abuse treatment and was allowed to remain on supervision.

On October 17, 2017, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina.

On October 30, 2017, a Violation Report was submitted advising that the defendant received a citation for Driving While License Revoked Not Impaired Revocation and Failure to Maintain Lane (17CR704918) in Edgecombe County, North Carolina. The case remains unadjudicated, and the court agreed to continue supervision pending a disposition.

On November 21, 2017, a Petition for Action on Supervised Release was submitted advising that the defendant tested positive for cocaine use on October 21, 2017. The court allowed the defendant to remain under supervision with a modification of the conditions to include 30 days of location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine use on December 4, 2017, and the results were confirmed by Alere Laboratory on December 10, 2017. When confronted with the results, the defendant admitted to the use of cocaine on or about December 8, 2017, and he further advised that his drug use results from depression. This officer met with Williams' substance abuse counselor, and she confirmed the diagnosis. As such, this officer is recommending the offender attend mental health treatment, and as a sanction for this violation, we are recommending he be required to adhere to a curfew for an additional 30 day period. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Sedrick Demetrius Williams
Docket No. 4:17-CR-51-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: February 2, 2018

## ORDER OF THE COURT

Considered and ordered this 5th day of February 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Court Judge